AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:19MJ **1496** (SALM) |
| | ) | |
| | ) | |
| Kevin Iman McCormick | ) | |
| *Defendant(s)* | ) | |

OCT 21 2019 PM3:26
FILED-USDC-CT-NEW_HAVEN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 2019 to present___ in the county of ___New Haven and elsewhere___ in the _____ District of ___Connecticut___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization (FTO) |

This criminal complaint is based on these facts:

See attached Affidavit of Samuel Wharton, Special Agent, Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Wharton, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10/21/2019___

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: ___New Haven, Connecticut___

Hon. Sarah A. L. Merriam U.S. Magistrate Judge
*Printed name and title*