IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 19mj1496(SALM) |
| v. | : | |
| KEVIN IMAN MCCORMICK, | : | October 23, 2019 |
| Defendant. | : | |

NOTICE OF APPEARANCE

Please enter the appearance of Douglas P. Morabito, Trial Attorney, Assistant United States Attorney, District of Connecticut as counsel for the United States of America, in the above-referenced case.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

/s/
DOUG MORABITO ct20962
Assistant United States Attorney
Connecticut Financial Center
157 Church Street
New Haven, CT 06510
douglas.morabito@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 23, 2019, a copy of the foregoing was filed electronically, by facsimile and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s Douglas P. Morabito*
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY