# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                    CRIMINAL NO. 3:19MJ1496 (SALM)

KEVIN MCCORMICK                            October 24, 2019

## MOTION TO CONTINUE DETENTION HEARING

The defendant, Kevin McCormick, hereby moves the Court to continue the detention hearing in this matter. The detention hearing is currently scheduled for Friday, October 25, 2019 at 11:00am. Mr. McCormick and counsel require additional time to investigate a bond package in this case.

Undersigned counsel has consulted with Mr. McCormick and he consents to the proposed continuance.

Accordingly, the defendant asks the Court to continue the bond hearing scheduled for October 25, and counsel will contact chambers when the defense is prepared to move forward with a detention hearing.

WHEREFORE, the defendant respectfully requests that this motion be granted.

Respectfully Submitted,

THE DEFENDANT,
Kevin McCormick

FEDERAL DEFENDER OFFICE

Date: October 24, 2019  /s/ Allison M. Near
Allison M. Near
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 24, 2019, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Allison M. Near
    Allison M. Near